*WO*

## *UNITED STATES DISTRICT COURT*

DISTRICT OF ARIZONA

| | |
|---|---|
| Manuel Gonzalez-Carrillo, )<br>)<br>)<br>)<br>        Petitioner, )<br>)<br>  vs.                     )<br>)<br>United States of America, )<br>)<br>        Respondent. )<br>_____) | JUDGMENT IN A CIVIL CASE<br><br>Case: CV-05-783-TUC-FRZ<br>       CR-05-00579-TUC-FRZ |

X    **DECISION BY COURT.**  This action came under consideration before the Court.  The issues have been considered and a decision has been rendered.

     **IT IS ORDERED** that Petitioner's § 2255 Motion (U.S.D.C. document #28 in CR-05-579-TUC-FRZ) is **DENIED** and this case (CV-05-783-TUC-FRZ) is **DISMISSED**.


January 6, 2006            RICHARD H. WEARE
Date                        CLERK


                                 S/ *M. Michelle Mejia*

                                 M. Michelle Mejia
                                 Deputy Clerk


Copies to:
J/B, FRZ, Gonzalez-Carrillo, all Counsel